AO 442 (Rev. 11/11) Arrest Warrant

**SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>DAVID TAWEI AN<br><br>_____<br>Defendant | CR 19 71190 MAG<br>)<br>) Case: 1:19-mj-00212<br>) Assigned To : Magistrate Judge Meriweather, Robin M.<br>) Assign. Date : 8/14/2019<br>) Description: REMOVAL TO REMANDING JURISDICTION |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Tawei An ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank fraud, in violation of 18 U.S.C. 1349 (30 years; $1,000,000 fine; $100 special assessment)
Bank fraud, in violation of 18 U.S.C. 1344 (30 years; $1,000,000 fine; $100 special assessment)
False statements, in violation of 18 U.S.C. 1001 (5 years; $250,000 fine; $100 special assessment)

Date: August 6, 2019

_____
*Issuing officer's signature*

City and state: San Jose, California

Nathanael / Cousins
*Printed name and title*
Magistrate Judge

### Return

This warrant was received on *(date)* 8/06/2019 , and the person was arrested on *(date)* 8/14/2019
at *(city and state)* Washington D.C.

Date: 8/14/2019

_____
*Arresting officer's signature*

Dawn [illegible] SA
*Printed name and title*