AO 91 (Rev. 11/11) Criminal Complaint

**SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 19-71190 MAG |
| DAVID TAWEI AN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2018 - December 2018__ in the county of __Santa Clara & San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1349 | conspiracy to commit bank fraud (30 years; $1,000,000 fine; $100 sp. ass't) |
| 18 U.S.C. 1344 | bank fraud (30 years; $1,000,000 fine; $100 sp. ass't) |
| 18 U.S.C. 1001 | false statement to the FBI (5 years; $250,000 fine; $100 sp. ass't) |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Andrea N. Winternitz.

☑ Continued on the attached sheet.

Approved as to form: __/s/ John Hemann__ AUSA

Sworn to before me and signed in my presence.

Date: 8/6/2019

City and state: San Jose, CA

_____
*Complainant's signature*
Andrea N. Winternitz, Special Agent, FBI
*Printed name and title*

_____
*Judge's signature*
Nathanael / Cousins
*Printed name and title*
U.S. Magistrate Judge