**SEALED BY ORDER OF THE COURT**

1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478

7 | FAX: (415) 436-7234
john.hemann@usdoj.gov

8

Attorneys for United States of America

**FILED**

AUG 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CR 19 71190 MAG**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: |
| Plaintiff, | GOVERNMENT'S MOTION FOR SEALING ORDER |
| vs. | |
| DAVID TAWEI AN, | |
| Defendant. | |

The United States, by and through its counsel, Assistant United States Attorney JOHN H. HEMANN, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the complaint application and affidavit, and the arrest warrant for *United States v. David Tawei An*. Public disclosure of the specified documents might jeopardize the ongoing investigation and the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as

GOVERNMENT'S MOTION FOR SEALING ORDER        1        v. 7/10/2018

necessary with counsel for any defendant charged as a result of this investigation and with the Federal Bureau of Investigation.

DATED: August 5, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
JOHN H. HEMANN
Assistant United States Attorney

GOVERNMENT'S MOTION FOR SEALING ORDER     2     v. 7/10/2018