SEALED BY ORDER OF THE COURT

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JOHN H. HEMANN (CABN 165823)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7478 |
| 7 | FAX: (415) 436-7234<br>john.hemann@usdoj.gov |
| 8 | Attorneys for United States of America |

FILED

AUG 06 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID TAWEI AN,

    Defendant.

CR 19 71190 MAG

[PROPOSED] SEALING ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the complaint application and affidavit, and the arrest warrant for United States v. David Tawei An. shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the Federal Bureau of Investigation. The arrest warrant is hereby

///

///

///

[PROPOSED] SEALING ORDER      1      v. 7/10/2018

1 | unsealed after it has been executed.
2 |     IT IS SO ORDERED.
3 | DATED: _____ August 6, 2019

_____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE