UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. |
| DAVID TAWEI AN, | : |
| Defendant. | : |

### NOTICE OF INTENT TO USE
### FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to defendant David Tawei An and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

    Respectfully submitted,
    JESSIE K. LIU
    United States Attorney
    D.C. Bar No. 482-845

By: _____
    JORGE GONZALEZ
    Special Assistant United States Attorney
    District of Columbia Bar No. 499260
    ERIK KENERSON
    Assistant United States Attorney
    Ohio Bar No. 82960
    National Security Section
    United States Attorney's Office
    555 4th Street, NW, 11th Floor
    Washington, D.C. 20530
    (202) 252-7805
    Jorge.Gonzalez3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, the foregoing was filed in person with the Clerk of Court and served on counsel representing the Defendant during the Defendant's initial appearance in the above-captioned matter.

By: _____
Jorge Gonzalez
Special Assistant United States Attorney