# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **MAGISTRATE NO.: 19-MJ-212** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **DAVID TAWEI AN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue status hearing in this case, which is currently scheduled for January 21, 2020, at 2:00 p.m.  This case arises from a complaint issued in the Northern District of California.  The defendant was arrested pursuant to that complaint in the District of Columbia and appeared before Magistrate Judge Meriweather on August 14, 2019, whereupon he was released on conditions and ordered to appear in the Northern District of California.  This case has been continued a number of times pending that appearance.  The defendant has not yet made his initial appearance in the Northern District of California.

The U.S. Attorney's Office for the Northern District of California has represented that it has attempted to have the defendant's appearance in that district rescheduled for February 12, 2020, to facilitate negotiations regarding a potential resolution of the case.  A continuance of this matter is warranted while the defense evaluates evidence and while parties work towards a possible resolution of the underlying criminal case in California.

Therefore, the government respectfully requests that the Court grant this motion to continue the hearing to February 24, 2020, or some date thereafter that is convenient for the Court.

The government has conferred with Peter Zeidenberg, Esq., who represents the

defendant.  Mr. Zeidenberg indicated that he does not object to the requested continuance.

Respectfully submitted,

JESSIE K. LIU
United States Attorney


_____/s/_____
Erik M. Kenerson, OH Bar Number 82960
Assistant United States Attorney
National Security Section
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7201
Erik.Kenerson@usdoj.gov