# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : MAGISTRATE NO.: 19-MJ-212 |
| v. | : |
| DAVID TAWEI AN, | : |
| Defendant. | : |

## UNOPPOSED MOTION TO DISMISS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to dismiss this case. This case arises from a complaint issued in the Northern District of California. The defendant was arrested pursuant to that complaint in the District of Columbia and appeared before Magistrate Judge Meriweather on August 14, 2019, whereupon he was released on conditions and ordered to appear in the Northern District of California. This case has been continued a number of times pending that appearance.

Defense counsel has informed the undersigned that defendant appeared in court in the Northern District of California yesterday, February 24, 2020. The defendant signed a waiver of indictment, and the court set conditions for his release. In light of these developments, the government submits that the defendant's above-captioned case in the District of Columbia can now be closed. Accordingly, the government hereby moves to dismiss the case. The government has conferred with defense counsel, Peter Zeidenberg, Esq., who indicated that he does not object to the requested dismissal.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

 /s/ Thomas N. Saunders
Thomas N. Saunders

        Assistant United States Attorney
        N.Y. Bar No. 4876975
        National Security Section
        555 4th Street, N.W.
        Washington, D.C.  20530
        Telephone: 202-252-7790
        Thomas.Saunders@usdoj.gov